**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

**Rene Moore**

**Plaintiff,**

**-against-**

**UMG Recording Inc . et al**

**Defendants.**

---------------------------------------------------------------- x

**1:26-cv-6318 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is ordered to terminate ECF No. 44.

**SO ORDERED.**
**Dated: September 29, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**