**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**RENE MOORE,**

**Plaintiff,**

**-against-**

**UMG RECORDINGS INC.,**

**Defendants.**

---------------------------------------------------------- x

**1:26-cv-06318-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff is ORDERED to file his amended complaint by January 5, 2027.

The Parties are ORDERED to file status reports stating how they wish to proceed in this action and whether the Parties should be referred for settlement or mediation. Defendant should file its status report by January 13, 2026. Plaintiff should file his status report by January 20, 2026.

At the conference held November 19, 2026, all Parties stated that they consent to email service. The Court ORDERS that email service be used between the Parties for the duration of this action.

**SO ORDERED.**

**Dated:** November 19, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**